AO 91 (Rev. 02/09) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
OCT - 3 2018
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. B-18-925-MJ |
| | ) | |
| David Guzman SOLIS | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of **October 2, 2018** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **21** U.S.C. § **841 and 846**,

an offense described as follows:

Knowingly and intentionally possess with the intent to distribute approximately 5.246 kilograms of methamphetamine, a Schedule II, Title II, of the Controlled Substance Act. Furthermore, the defendant did knowingly and intentionally conspire and agree with persons known and unknown to unlawfully possess with intent to distribute approximately 5.246 kilograms of, a Schedule II, Title II, of the Controlled Substance Act.

This criminal complaint is based on these facts:
On October 2, 2018, David Guzman SOLIS attempted entry into the United States from Mexico at the Brownsville and Matamoros Port of Entry in Brownsville, Texas in a 2006 Chevrolet Trailblazer. At Customs and Border Protection primary inspection, SOLIS gave a negative declaration for any contraband, at which time SOLIS was referred to secondary inspection. Upon further inspection, a package was discovered concealed in the vehicle's driveshaft. The package contained a clear crystal substance that field-tested positive for methamphetamine and weighed approximately 5.246 kilograms. During a post Miranda warnings interview, SOLIS stated he had knowledge he was transporting a controlled substance and was to be paid $4000.00 dollars. SOLIS further stated he had transported methamphetamine to San Antonio on multiple occasions.

☐ Continued on the attached sheet.

*Complainant's signature*
Andres Contreras , Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 3, 2018

*Judge's signature*

City and state: Brownsville, Texas

Ignacio Torteya III , U.S. Magistrate Judge
*Printed name and title*